This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**No. A-1-CA-38760**

**STATE OF NEW MEXICO ex rel.
CHILDREN, YOUTH & FAMILIES
DEPARTMENT,**

      Petitioner-Appellant,

v.

**KIMBERLY W. and WADE A.,**

      Respondents-Appellees,

and

**IN THE MATTER OF ENOCH A.,**

      Child.

**APPEAL FROM THE DISTRICT COURT OF CURRY COUNTY
David Peter Reeb, Jr., District Judge**

Children, Youth and Families Department
Rebecca J. Liggett, Chief Children's Court Attorney
Santa Fe, NM
Kelly P. O'Neill, Children's Court Attorney
Albuquerque, NM

for Appellant

Nancy L. Simmons
Albuquerque, NM

Susan C. Baker
El Prado, NM

for Appellees

Herrmann & Sumrall, P.C.

Lance A. Sumrall
Clovis, NM

Guardian Ad Litem

## MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** The Children, Youth and Families Department appeals an order of the district court dismissing a petition alleging abuse or neglect of a child. On November 12, 2020, this Court issued a calendar notice proposing to affirm the dispositional judgment entered below. In response, the Department informs us that it "does not oppose this Court's proposed disposition." Thus, for the reasons provided in the above-referenced calendar notice, we affirm the judgment of the district court.

**{2}    IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**ZACHARY A. IVES, Judge**

**SHAMMARA H. HENDERSON, Judge**